UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK CUDGO, JR., | No. 2:14-cv-0691 CKD P |
| Petitioner, | |
| v. | ORDER |
| M. LEA, | |
| Respondent. | |

Petitioner is a former state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 20, 2014, respondent filed a motion to dismiss the petition as untimely. Petitioner has not filed an opposition to the motion.

Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition to respondent's pending motion to dismiss within thirty days or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: July 30, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / cudg0691.146