UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK CUDGO, JR., | No. 2:14-cv-0691 CKD P |
| Petitioner, | |
| v. | ORDER |
| M. LEA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has appealed the February 12, 2015 dismissal of his petition for untimeliness. As the order of dismissal did not address whether a certificate of appealability should issue, the court does so here.[1]

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Where the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 484

---

[1] Petitioner has consented to this court's jurisdiction to conduct all proceedings in this action. (ECF No. 13.)

1

1  (2000)).

2  After review of the record herein, this court finds that petitioner has not satisfied the
3  requirement for issuance of a certificate of appealability in this case.  Accordingly, a certificate of
4  appealability will not issue in this action.

5  IT IS SO ORDERED.

6  Dated: March 12, 2015

/s/ Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14  2 / cudg0691.coa.pro