UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK CUDGO, JR., | No. 2:14-cv-0691 CKD P |
| Petitioner, | |
| v. | ORDER |
| M. LEA, | |
| Respondent. | |

Petitioner has filed a request to proceed in forma pauperis on appeal. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed IFP on appeal (ECF No. 30) is granted; and

2. Petitioner's motion for certificate of appealability (ECF No. 29) is denied per the Order issued March 13, 2015.

Dated: April 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/cudg0691.101b